UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GURNOOR CONSTRUCTION CO.,

                              Plaintiff,

          -against-

ILLINOIS UNION INSURANCE CO.,

                              Defendant.
------------------------------------------------------------ X

25 Civ. 6455 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is currently scheduled for October 28, 2025, at 3:15 P.M.

    WHEREAS, the Order docketed on October 2, 2025, required the parties to submit a joint Proposed Civil Case Management Plan and Scheduling Order, and a joint status letter, by October 21, 2025.

    WHEREAS, Defendant filed a status letter, but it is unclear whether the letter was joint on behalf of both parties, or only on behalf of Defendant. The parties also failed to submit a joint Proposed Civil Case Management Plan and Scheduling Order.

    WHEREAS, the Order docketed on October 6, 2025, directed Plaintiff to respond to Defendant's pre-motion letter by October 14, 2025, but Plaintiff failed to do so. It is hereby

    **ORDERED** that Plaintiff shall enter an appearance by **October 27, 2025**. It is further

    **ORDERED** that the parties shall file a joint letter and proposed Civil Case Management Plan and Scheduling Order by **October 29, 2025**. It is further

**ORDERED** that Plaintiff shall submit a response to Defendant's pre-motion letter no later than **October 29, 2025**.  It is further

**ORDERED** that the telephonic conference scheduled for October 28, 2025, is **ADJOURNED** to **November 4, 2025 at 3:15 P.M.**  The conference will be held telephonically on conference line (855) 244-8681, access code 2311 193 8649.  It is further

**ORDERED** that Defendant shall serve a copy of this Order on Plaintiff's counsel as soon as possible and no later than **October 23, 2025**.  Service may be made by email.  Defendant shall file a certificate of service once service is made.

Dated: October 22, 2025
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**